Lofton Ryan Burris
439 East 246th Place
Carson, Ca. 90745-6534
Phone Number: 424-558-2321

AL MCZEAL
439 East 246th Place
Carson, Ca. 90745-6534
Phone: 832-623-4418

JAMES HEWITT
235 E Broadway Ste 1020
Long Beach CA 90802
Phone: 562-980-2711

Ronald F. Vaughn
2837 DOLLAR ST.
LAKEWOOD, CA 90712
PHONE: 562-430-2232

Lupi Edwards
4508 Atlantic Avenue #148
Long Beach, CA. 90807
Phone: 562-204-5095

SIA PAULO & TIA PAULO
5150 LINDEN AVE
LONG BEACH, CA. 90805
Phone: 562-204-5095

SALLY JOHNSON
10919 Lakewood Blvd, Suite 202
Downey, CA. 90240
Phone: 562-400-6005

J. Lydia Hernandez & EUTIMIO HERNANDEZ
4547 CUTLER AVE
BALDWIN PARK, CA. 91706
PHONE: 626-488-1979

FULL NAME, ADDRESS, (INCLUDING ZIP CODE) & PHONE NUMBER

ILS
21
days

FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## ORIGINAL COMPLAINT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN

v.                                          PLAINTIFF(S)

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office,FEDERAL HOME LOAN MORTGAGE CORPORATION, WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucia, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Hollus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

and does 1-10

DEFENDANT(S)

CASE NO. CV 14 - 3247 OMG JCGx

## PERMISSIVE JOINDER/CLASS ACTION

## CIVIL RIGHTS COMPLAINT

**PURSUANT TO (Check All That Apply)**

☑ 42 U.S.C §1983   ☑ 42 U.S.C §1985   ☑ 42 U.S.C §1986
☐ Bivens v. Six Unknown Agents 403 U. S. 3 8 8 (197 1)
☑ 42 U.S.C §1981   ☐ 42 U.S.C §1981a   ☑ 42 U.S.C §1982
☑

## JURY TRIAL DEMANDED

☑ 42 U.S.C. §1988 - *Proceedings In Vindication Of Civil Rights*
☑ RULE 20 - PERMISSIVE JOINDER

## I. INTRODUCTION: NATURE OF THE CASE

PLAINTIFFS' VERIFIED CLASS ACTION COMPLAINT FOR QUIET TITLE, *FRAUD*, SECURITIES FRAUD, RACKETEERING, ILLEGAL FORECLOSURE, ILLEGAL EVICTION, CANCELLATION OF FALSE GRANT DEEDS, ILLEGAL ROBO-SIGNERS, CIVIL RIGHTS VIOLATIONS, INVASION OF PRIVACY

This is a Civil Action brought by LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN pursuant to 42 USC §1988 proceeding in vindication of Civil Rights, Constitutional rights, privileges and immunities.

Defendants, and each of them, have intentionally engaged in a conspiracy to defraud, and deprive plaintiffs of valuable property, and entered into a Civil conspiracy to unlawfully  interfere with and/or deprive plaintiffs of rights protected under the Constitution of the United States of America.

The acts alleged herein arose from illegal acts stemming from the following unlawful acts: *to wit:*

FRAUD, RACKETEERING,  ILLEGAL FORECLOSURE,  ILLEGAL EVICTIONS, and Wrongful Sheriff Ejections Perpetrated by Wells Fargo Bank, NA and its agents, and the other named defendants occurring from December 2012, April 24, 2014, and at other times complained of herein, and for the wanton and reckless disregard for plaintiff's property and civil rights under federal and state law, including 42 USC 1982, which defendants and each of them have conspired to violate in an attempt to take over property which is not owned by defendants.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN**

**PLAINTIFF(S)**

**VS.**

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, FEDERAL HOME LOAN MORTGAGE CORPORATION, WRIGHT, FINLAY, & ZAK, LLP. Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

**DEFENDANT(S)**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**CASE NO:** _____

Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)
*Complaint for Illegal Foreclosure / Illegal Evictions*
Securities Fraud: Securities Act of 1933
(15 U.S.C §77a, et seq) Securities Exchange Act of 1934
Fair Debt Collections Practices Act 15 U.S.C. §1692–1692(a)
Consumer Credit Protection Act (15 U.S.C §1601 et seq)
Real Estate Settlement Procedures Act 12 U.S.C. §§ 2601–2617
Violations of Fair Housing Act 42 U.S.C. § 3601–3619
Home Owner Equity Procedures Act (HOEPA) 12 U.S.C. Chapter 49
Civil Action For Equal Rights Under Law) 42 U.S.C. §1981
Civil Action Deprivation of Rights 42 U.S.C. §1983
Conspiracy to Interfere with Civil Rights 42 U.S.C. §1985
*Complaint to Cancel Fraudulent  Grant Deed/Foreclosure*
The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202

# CLASS ACTION
### F.R.C.P 23.1

## JURY TRIAL DEMANDED

## I. INTRODUCTION: (CONTINUED)

**1.**    This is a civil action and class action pursuant to Rule 23. Federal. Rules Civil Procedure, brought by the named plaintiff(s): "the class", members and beneficiaries of a business trust, against the named defendants, complaining of **FRAUD**, Securities Fraud, **Bank Fraud**, **Money Laundering**, *theft of real properties*, **theft by forgery**, theft by *ROBO-SIGNED grant deeds*, **illegal** predatory practices, for a diabolical scheme to defraud, extort, to steal real property and money, in connection with the operation of illegal enterprises, stemming from illegal activities prohibited by the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq), by the Fair Debt Collections Practices Act (15 U.S.C §1961 et seq) despicable conduct and *willful civil rights violations*. Plaintiffs seek a **Declaratory Judgment** declaring the despicable, and deplorable acts complained of herein to be unlawful in commerce and *to be returned to plaintiffs*.

**2.** Defendants has sought to steal by *fraud and deceit* certain Real properties , *to wit*:

**PROPERTY ADDRESS(ES):**

**SEE ATTACHED LIST OF TRUST PROPERTIES**

| TABLE OF CONTENTS |
|---|

Original Complaint of   **LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN** .......1

Nature Of The Case (**QUIET TITLE, FRAUD, RICO, FDCPA, CONSPIRACY, SECURITIES FRAUD, TILA**)..4

Relief Sought.....................................................................................................................5

Jurisdiction and Venue.......................................................................................................5

Parties: **The Plaintiff(s)**        **LOFTON RYAN BURRIS**        ..............................................6

    Plaintiff(s)        **LUPI P. EDWARDS**        ..............................................6

    Plaintiff(s)        **AL MCZEAL**        ..............................................6

    Plaintiff(s)        **SIA PAULO & TIA PAULO**        ..............................................6

    Plaintiff(s)        **JAMES HEWITT**        ..............................................7
                                              **vs.**

    Defendant(s)   WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1 ..............................................7

    Defendant(s)   **County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office,** ..............................................7

    Defendant(s)   **WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin** ..............................................7

    Defendant(s)   EMC MORTGAGE CORPORATION, , Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates ..............................................8

    Defendants(s)   Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA ..............................................8

    Defendants(s)   **GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE** ..............................................8

    Defendants(s)   QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICE, TD SERVICES COMPANY, ..............................................9

    Defendants(s)   Ocwen Loan Servicing, LLC , ALTISOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP. ..............................................10

Service of Process...........................................................................................................11

Definitions.......................................................................................................................12

CLASS ACTION ALLEGATIONS .................................................................................11

    **The Class** ...............................................................................................................11

    Multiple Questions of Law or Fact.............................................................................11.
Factual Allegations..........................................................................................................10
(**Quiet Title, FRAUD, Racketeering, Abusive Deceptive, and Unfair Business Practices**)

    Factual Allegations Against   WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1 ...............12

    Factual Allegations Against   County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, ...............12

## TABLE OF CONTENTS

*Factual Allegations Against* **WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin** ...............12

*Factual Allegations Against* EMC MORTGAGE CORPORATION, , Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates ...............12

*Factual Allegations Against* Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA ...............12

*Factual Allegations Against* **GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE** ...............12

*Factual Allegations Against* QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICE, TD SERVICES COMPANY, ...............12

*Factual Allegations Against* Ocwen Loan Servicing, LLC , ALTISOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEO CORP. ...............12

**COUNT 1:** Complaint to *QUIET TITLE* & *ADVERSE POSSESSION*...............13

**COUNT 2:** Complaint for Multiple Acts of *FRAUD* and Negligent Misrepresentation...............16

 **Fraud #1 -**  **FRAUDULENT ASSIGNMENTS:  "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)** ......17-18

 **Fraud #2 -**  FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE ......19-20

 **Fraud #3 -**  **FRAUDULENT EVICTION ACTION FILED IN STATE COURTS** ......21-22

 **Fraud #4**  **FRAUDULENT NOTICES TO VACATE BY DEFENDANTS** ...............23

 **Fraud #5**  WRONGFUL SHERIFF NOTICE TO VACATE AND WRITS OF EXECUTIONS ...............23

 **Fraud #6**  **FRAUDULENT ROBO-SIGNER - Liquenda Alloteu"** ...............23

 **Fraud #7**  **FRAUDULENT ROBO-SIGNER - Bethany Hood** ...............23

 **Fraud #8**  FRAUDULENT NOTICE OF DEFAULT RECORDED IN PUBLIC RECORD ...............23

 **Fraud #9**  **FORGED AND CRIMINAL INSTRUMENTS** ...............23

 **Fraud #10**  SECURITIES FRAUD - FRAUDULENT & ABUSIVE VARIABLE RATE SUBPRIME LOAN ...............23

 **Fraud #11**  FRAUDULENT REPRESENTATION OF "GOLDEN COUNTRY ESCROW" CONVEYANCE ...............23

 **Fraud #12**  FRAUDULENT CONVEYANCES BY MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM (MERS) ...............23

**COUNT 3:** Violations of The Racketeer Influence Corrupt Organizations Act *(18 U.S.C §1961)*...............23

**COUNT 4:** Violations of Fair Debt Collections Practices Act (1*5 U.S.C §1961 et seq)*...............29

**COUNT 5:** Complaint to Violation of the Consumer Credit Protection Act *(15 U.S.C §1601 et seq)*...............33

**COUNT 6:** Complaint for Securities Fraud  (15 U.S.C. *§77a)* et seq...............34

**COUNT 7:** Violations of Home Owner Equity Protection Act 28 USC. §12 USC §4901 et ...............35

**COUNT 8**  Civil Action For Equal Rights Under Law  (42 U.S.C. - §1981).......................................34

**COUNT 9**  Civil Action For Deprivation of Rights (42 U.S.C. -  §1982 §1983).................................35

**COUNT 10**  Violations of *Real Estate Settlement Procedures Act* (12. U.S.C §2601-§2617)............36

**COUNT 11**:  Complaint for Violation of *Fair Housing Act* (42 U.S.C. §3601-§3619...........................37

**COUNT 12**:  Breach of Duty of Good Faith & Fair Dealing.................................................................38

**COUNT 13**:  Breach of Contract...............................................................................................................39

**COUNT 14**:  Tortious **Interference With Business**  Contracts..........................................................40

**COUNT 15**:  Violations of        **California**        **Deceptive Trade Practices** Laws......................42

**COUNT 16**:  *Invasion of Privacy*, U.S. Constitution & The Constitution of        **California**    ..45

**COUNT 17**:  Action for **Trespass**..........................................................................................................43

**COUNT 18**:  **Civil Conspiracy** ...........................................................................................................44

**COUNT 19**:  Unjust Enrichment.................................................................................................................45

**COUNT 20**:  Negligent Misrepresentation...............................................................................................46

**COUNT 21**:  Complaint to **CANCEL Fraudulent Grant Deeds & False Instruments**...................47

**COUNT 22**:   Complaint For Temporary/Permanent Injunction...........................................................49

**COUNT 23**:   Complaint for **Declaratory Judgment**.........................................................................50

**Extreme** And **Outrageous Conduct**.........................................................................................51

**Punitive Damages**....................................................................................................................52

Computed Damages.........................................................................................................................53

**Prayer For Relief**......................................................................................................................54

| Exhibit Number | Exhibit List - Description of Exhibit |
|---|---|
| 1 | FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS) |
| 2 | FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE |
| 3 | FRAUDULENT EVICTION ACTION FILED IN STATE COURTS |
| 4 | FRAUDULENT NOTICES TO VACATE BY DEFENDANTS |
| 5 | WRONGFUL SHERIFF NOTICE TO VACATE AND WRITS OF EXECUTIONS |
| 6 | FRAUDULENT ROBO-SIGNER - Liquenda Alloteu" |
| 7 | FRAUDULENT ROBO-SIGNER - Bethany Hood |
| 8 | FRAUDULENT NOTICE OF DEFAULT RECORDED IN PUBLIC RECORD |
| 9 | FORGED AND CRIMINAL INSTRUMENTS |
| 10 | SECURITIES FRAUD - FRAUDULENT & ABUSIVE VARIABLE RATE SUBPRIME LOAN |
| 11 | FRAUDULENT REPRESENTATION OF "GOLDEN COUNTRY ESCROW" CONVEYANCE |
| 11 | FRAUDULENT REPRESENTATION OF "GOLDEN COUNTRY ESCROW" CONVEYANCE |
| 12 | FRAUDULENT CONVEYANCES BY MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM (MERS) |

*TABLE OF CONTENTS*

## NATURE OF THE CASE:

**3.**    This is a class action pursuant to F.R.C.P. 23.1 and Rule 20  brought by the plaintiff(s), *to wit*:
**LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN**

on behalf of themselves, and all other similarly situated persons living within the jurisdiction of the United States of America, to recover Money and Real property *stolen by way* of fraud, deceit, and dishonesty  of these "dirty and low down" defendants, their employees, agents, and legal representives, including all of the named and unknown defendants *to wit*:

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

## RECOVERY OF PROPERTY:

**4.**  Plaintiffs further brings this actions for the immediate recovery of Real Property stolen by fraud, fraudulent instruments, unlawful transfer which resulted in grand theft of the Real Properties which ultimately robbed plaintiffs of the assets and in most cases actual possession, and the right to peacefully possess the properties, without undue harassment stemming from the unlawful acts fraudulent grant deeds, illegal sales, and other treacherous and unlawful acts of the defendants

## *MONEY DAMAGES RESULTING FROM FRAUD*

**5.**  These defendants, and its agents, employees, and legal representatives, have a bad habit and criminal active history of deploying ROBO SIGNERS, *false grant deeds*, fictitious persons, and fraudulent and other deceitful practices to steal Real Estate and Financial Assets which ultimately results in heinous crimes against the subject properties, properties held in plaintiff's trust, and a violation of plaintiffs Civil and Constitution Rights protected by state and federal laws.

## *INJUNCTIVE RELIEF*

**6.**  Plaintiffs DEMAND immediate relief  in the form of temporary restraining orders, and *permanent injunctions* for **trespass** resulting from the unlawful acts of trespass, foreclosure **fraud**, illegal evictions which have ultimately violated 42 U.S.C. §1981 Equal Rights Under Law, Civil Rights Violations (28 U.S.C. §1443), and Deprivation Of Plaintiffs Rights under (42 U.S.C. §1983).

## RELIEF SOUGHT:

**7.** The relief sought includes a  declaratory judgment declaring defendants have no interest in the subject property, judgment for *money damages*, injunctive relief, actual damages, **damages for fraud,** unlawful Racketeering, **illegal debt harassment,** compensatory damages, punitive damages treble damages, the imposition of a constructive trust with tracing, cost of investigation and suit, interest, attorney fees, reversal of *fraudulent accounting entries,* cancellation of fraudulent liens, and a declaratory judgment declaring the acts committed to be unlawful in commerce, money damages for repeated violation of plaintiffs Constitutional rights.

## JURISDICTION:

**8.** Jurisdiction of this court over this complaint is premised upon  18 U.S.C. §1964(a), (b), (c), and (d) (*R*acketeer *I*nfluenced and *C*orrupt *O*rganizations), 15 U.S.C. §77a, Securities Act of 1933,  15 U.S.C. Subchapter V - Debt Collection Practices.  Federal jurisdiction is also based on 28 U.S.C §1331 (federal question), 28 U.S.C §1337 (commerce).  Federal jurisdiction is further based upon the *C*onsumer Credit Protection Act 15 U.S.C §1601-1693, *R*eal *E*state *S*ettlement *P*rocedures *A*ct *12 U.S.C. §2601–§2617, Home Owner Equity P*rocedures *A*ct (HOEPA) *12 U.S.C. §§ 2601–2617,* and the Common law of this State.  This court has jurisdiction over the state law claims contained in this complaint under the doctrine of supplemental jurisdiction and has jurisdiction over all causes of action asserted under state and common law. Jurisdiction is further based upon section 1981 of the Civil Rights Act of 1866, and 28 U.S.C. §1343(4) which confers original jurisdiction upon this Court in a civil action to recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights and 1331, which confers original jurisdiction upon this Court in a civil action arising under the Constitution of the United States, *Articles I, IV. IX, and XIV*,   The amount in controversy exceeds $10,000.00 (ten thousand dollars)

### 9. SUPPLEMENTAL JURISDICTION

**This court has jurisdiction under state law causes of action pursuant to California Code Civ. Proc. and has the authority to determine the title issues in this case pursuant to §760.040, and §760.050 of the California Code Civ. Procedure. This court has jurisidiction under the Uniform Deceptive Trade Practices Act -Bus. & Prof. §17500 et seq and Civ. Proc. §318, §325, §328., INVASION OF PRIVACY & PRIVACY RIGHTS PROTECTED UNDER ARTICLE 1, §1 OF THE CALIFORNIA CONSTITUTION**

## VENUE

**10.**   Venue is proper in this District pursuant to 28 U.S.C §1391(b) and §1391(c), because Defendants can be found and conducts business within this judicial district, or because the cause of action has arisen and/or occurred within this district. The acts alleged herein are connected to and are alleged to have taken place within the district of this court.

*Complaint of LOFTON RYAN BURRIS*

## PARTIES AND RELATIONSHIPS:

**11.** This court has jurisdiction of the state law claims contained in this complaint under the doctrine of supplemental jurisdiction under 28 U.S.C. §1367. This court further has jurisdiction to state law claims asserted under the state law, including those claims asserted and based upon civil remedies available under state law on the following grounds:

**(a)** The causes of action or a part thereof accrued in this district in that defendants have engaged in false, fraudulent, misleading and deceptive acts and practices in trade and commerce in this county as set forth herein and are further subject to personal jurisdiction by this court.

**(b)** Defendants business or agents for the business was principally based in this district within the jurisdiction of this Court.

## THE PARTIES:

**12.** Plaintiff(s),   **LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN**

are American citizen(s)  residing in this judicial district or other districts within the United States and are all natural persons, beneficiaries of a business trust, and are consumers within the meaning of 15 U.S.C TITLE 15  CHAPTER 41 , SUBCHAPTER V  §1692a(3) and Consumer Protection Laws of this State. Plaintiffs herein are the **_equitable owners_**, of the Subject property, and have Paramount ownership and rights to possession to properties complained of herein.

**13.**  Plaintiffs complains inter alia of _fraud_, _Fraud against Real Estate_, _Invasion of Privacy_, Unlawful Racketeering Acts, _fraudulent liens_ placed against plaintiff's Real Property, Abusive debt collection practices, (especially debts which are not owed to the defendants), fraudulent and deceptive practices of the defendants, including _accounting fraud_, and other unlawful and despicable acts committed in the course of being in contact with, or doing business the defendants.   At all times pertinent herein, plaintiff is a natural person, and individual consumer within the meaning of the Consumer Protections Laws of the United States and of this great State of _____California_____

**14.** Plaintiffs has suffered great harm as a result of the defendants wrongful, improper, fraudulent, and abusive misconduct, and seeks redress under the laws of the United States.

**15. _Defendants:_** WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP, Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

are at all times herein mentioned are Corporations, trusts, national banks, or mortgage companies, or other financial institutions which transact business in this state, within the jurisdiction of this court and maintain offices or satellite business terminals in this state.

**16.** The Defendants are further "debt collectors" within the meaning of 15 U.S.C TITLE 15 CHAPTER 41, SUBCHAPTER V §1692a(5) who collect debts as a part of its ongoing operations and is also alleged to be *corrupt enterprises* within the meaning of 18 U.S.C 196(3) and §1962(c), which engage in, or the activities of which affect, interstate commerce within the meaning of 18 U.S.C. §1962.

**17.** Defendant(s)  WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1  is/are BANKING INSTITUTIONS doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.  Defendant  WellsFargo Bank, NA has a majority interest in the defendants

WELLSFARGO BANK, NA, as trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

**18.** Defendant(s)  County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office,  is/are GOVERNMENTAL ENTITIES doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**19.** Defendant(s)  WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin  is/are    Corporate Entitites doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.  DEFENDANT KATHYRN MOORER, AND NICOLE GLOWIN ARE REAL PERSON DEFENDANTS

**20.** Defendant(s)  EMC MORTGAGE CORPORATION, , Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates  is/are    Corporate Entitites doing business in this state, and within this judicial district. This defendant is wanted by all named plaintiffs herein.

**21.** Defendant(s) Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA   is/are   Corporate Entitites

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.   Defendant POWER DEFAULT SERVICE, works with TD Services and the other

named defendants in a covert and corrupt manner and is the "power" behind the fraudulent conveyances.

**22.** Defendant(s) GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE   is/are   a limited liability partnership

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.

with all of the defendants and is a corrupt organization that is used to unlawfully evict plaintiffs.

**23.** Defendant(s) QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICE, TD SERVICES COMPANY,   is/are   a Natural Peson

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.  Defendants operate in open conspiracy with all of the other named defendants,

including Wellsfargo Bank, NA

**24.** Defendant(s) Ocwen Loan Servicing, LLC , ALTISOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.   is/are   Corporate Entitites

doing business in this state, and within this judicial district. This defendant is wanted by all named

plaintiffs herein.


### *THE UNKNOWN DEFENDANTS*

**25.**  Defendants **DOE's 1 thru 100** are **unknown defendants** and Plaintiffs are presently without

knowledge of the true names and capacities of defendants sued herein and therefore sues these

defendants by such fictitious names.  Plaintiff  or Plaintiff's counsel will amend this complaint

to allege their true names and capacities when ascertained.

**26.**  Plaintiffs are informed and believes and thereon alleges that, at all times herein mentioned,

each of the defendants sued herein was the agent and/or employee of each of the remaining

defendants, and was at all times acting within the purpose and scope of such agency and

employment.

**27..**  For purposes of this complaint "defendant" means all named defendants, and where it is

alleged "defendant" committed unlawful acts, it means all of the defendants committed such acts.

## SERVICE OF PROCESS

**28.**   Service of process has been perfected by serving defendants at their respective addresses, places of residency, personal service, or through their last know registered agents, ***to wit***:

---

### LIST OF DEFENDANTS SERVED:

**WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.**

---

<u>Definitions:</u>

29.  *"Plaintiff"* or *"Plaintiffs"* as used herein means <u>all</u> of the named plaintiffs namely:
LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN

30. **"Defendant"** or **"Defendants"** as used herein means <u>all</u> of the named defendants namely:
WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP. Kathryn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

31. **"Class"** or **"Class Member"** means the individual named plaintiffs proceeding pro se, and/or the entire class of similarly situated individuals residing within the jurisdiction of the Continental United States.

**LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN**

32. **"Business Trust"** as used herein means the *Massachusetts Trust* form by the plaintiffs, namely:

**The Outpost Trust**

33. **"Trust Members"** means any and members and plaintiff's who are beneficiaries of the trust, or any other person, or entity having a financial interest or any interest in the Massachusetts Business Trust (**"MBT"**).

34. **Trust Property** means any and all property held in trust and described herein in Exhibit "A" including but not limited to personal property real property, causes of action, or any other asset which may be lawfully held in a Massachusetts Business Trust, or any trust.

35. **"Dirty"** or **"Dirty Low Down"** means deceitful, fraudulent acts, omissions, or forged and fraudulent instruments used to commit the fraudulent acts complained of here..

36. **"Dirty Deed"** or **"Dirty Instrument"** means an instrument or instruments that were falsely manufactured, including but not limited forged instruments which violate the goverment code.

37.  *ROBO-SIGNER*, means any process, fictitious or real person(s) who knowingly falsifies affidavits, grant deeds, for filing in public record for purposes of stealing real property.

## CLASS ACTION *ALLEGATIONS*

38.   There are Class Action issues in this case which affect the class, and many individuals who are similarly situated and thus Plaintiffs substituted attorneys will seek certification of the following Class pursuant to Fed. R. Civ. P. 23(b)(2) and/or (3).

### THE CLASS

**The class of persons who initiated, held or assumed mortgages with any of the defendants from ___2006___ to ___2014___ whose commercial paper was traded as Mortgage Backed Securities, or persons whose mortgages were converted to stock investments and subsequently transferred to Real Estate Trusts and who subsequently faced foreclosures and/or evictions, including those persons who were in Adverse Possession of Real Properties after illegal foreclosures *perpetrated with ROBO-SIGNERS*, false grant deeds, fictitious persons, or by other fraudulent methods, and all other persons who were victims of Bankruptcy Scams, foreclosure, and eviction lawsuits by defendants and persons who held Real Estate or stock assets with any of the defendants.**

39. The Class has millions of people and is so numerous that joinder of all members is impracticable.

40. The Claims of the Plaintiffs are typical of the claims of the Class.

41. The named Plaintiffs will fairly and adequately protect the interest of the Class.

42. The Plaintiffs have no interest antagonistic to those of the Class, and they will retain counsel experienced in Consumer Class litigation to be substituted on a motion for substitution to be later filed by the plaintiffs' or plaintiffs' counsel.

43. Alternatively, in the interest of justice, and public interest, this Court may appoint competent and experienced class action counsel in maintaining this class action.

44. Defendants, and each of them, have acted or refused to act on grounds generally applicable to the Class.

45. Questions of law or fact Common to the Class predominate over questions affecting only individual Class Members.

46. A Class Action is Superior to all other forms of Adjudication.

## MULTIPLE QUESTIONS OF LAW OR FACT

**47.** There are multiple questions of law or fact that are common to the Class. These include, but are not limited to:

**(a)** Whether Mortgage endorsed and transferred by Mortgage Electronic Registrations Systems (MERS) during the applicable time period are Unenforceable.

**(b)** Whether Foreclosures initiated by third party trustees fraudulently assigned to mortgages are null and void.

**(c)** Whether Foreclosures performed by out of state trustees are unlawful when those trustees do not maintain offices in this state.

**(d)** Whether Foreclosures performed on Real Property after such property has been discharged in Real Estate or **REMIC** Trust constitute conversion, and double-dipping.

**(e)** Whether the False Representation of Mortgages held as Securities and not actually included in REMIC or other Trusts represent FRAUD and Securities Fraud.

**(f)** Whether the False representation of "*Holder in Due Course*" and Securities instruments used to foreclose properties is FRAUD, or FRAUD upon the Court.

**(g)** Whether foreclosures that utilize *ROBO-SIGNERS*, fraudulently created GRANT DEEDS, or any forged instruments are unenforeceable *represent fraud upon public record*, fraud against the plaintiffs, and fraud against Real Property.

**(h)** Whether Evictions that utilize *ROBO-SIGNERS*, fraudulently created GRANT DEEDS, or any forged instruments are unenforeceable *represent fraud upon public record*, *Fraud Upon the Court*, fraud against the plaintiffs, and fraud against Real Property.

**(i)** Whether the Claiming of Real Properties by virtue of a merger, and not by assignment, is sufficient to establish that defendants are the owner of any such property.

**(j)** Whether the filing of Unlawful Detainer Actions, Eviction Actions, or foreclosures without proper legal standing is a violation of plaintiffs's Civil and Constitutional rights.

**(j)** Whether any and all predatory sub-prime loans violate the Federal Truth in Lending Act, are fraudulent in nature, and are unenforceable as a matter of law.

(k) Whether insufficient disclosures by defendants is a violation of the Federal Real Estate Settlement Procedures Act & Federal Trust in Lending Laws.

## FACTUAL ALLEGATIONS

*FRAUD, Racketeering, Quiet Title, Abusive Deceptive Collections, and Unfair Business Practices*

**48.** In an harassing, and evil scheme to steal, and defraud Real Property of the Plaintiff(s), the named defendants, and each of them, individually, and collectively, *to wit*:

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

*commenced a financial and Real Estate scam to unlawfully steal Real Property* by forwarding and filing misleading and false instruments and/or by *filing fraudulent liens*, *false deeds*, forged grant deeds, and other *evil instruments* which purport to convey property and title to defendants, but which in fact, *conveys absolutely nothing*; these instruments are ultimately used to steal & defraud.

**49.** These false instruments contained incorrect, misleading, erroneous and *manufactured information*, which *cannot be traced back to*,  verified, or reconciled with any valid *UCC* transaction relative to the subject real property identified on page 1 and Exhibit A of this complaint.

**50.** Moreover, these instruments are <u>tools of fraud</u> and *deception* are self-serving instruments, which purport to claim to have legal rights to the subject property, but which in fact are *only fabricated instruments by the defendants* for the sole purpose of creating "an interest" in the subject real property; but were wrongly and *fraduently manufactured* by the defendants in order to gain an unjust economic financial advantage over the plaintiffs as *complained of herein and in Exhibit 1 thru 12 (the FRAUD claims)*

**51.** One of the *most appalling circumstances of the fraud* in this case, is that the instruments used in the scam, has absolutely no basis of ownership to the defendants, does not actually convey property to the defendants, <u>cannot be traced back to valid trustees</u>, or *substitute trustees*, and has <u>no valid chain of succession of ownership</u> to any of the named defendants.

**52.** Defendants used unlawful and unscrupulous methods of illegal *fraudulent conveyances* to create a false interest in real property, fraudulently setting themselves up as "good faith purchasers, *holders in due course,* but having only *worthless "ghost notes"* which give defendants no rights over the subject properties what-so-ever.

**53**.   Defendants, and each of them, individually, and collectively, *routinely use fraud to steal property* from consumers, and used the same malicious, despicable, and fraudulent system to defraud public record, create a false interests in Real Property, including the Plaintiffs' Real Property, whereby defendants so called "interest" is actually and in reality only based on FRAUD, false **liens**, or *fraudulently manufactured deeds*, worthless *fraudulent mortgages, or frauduently securities instruments.*.

**54**.   For example, *each and every one of the named defendants* have in Common false instruments, including the manufacturing of false instruments, fraud instruments fraudulently filed in the County Recorder office, such as Trustee Deeds Upon Sale, fraudulent Notice of Defaults, ROBO-SIGNED  grant deeds, "dirty" deeds, false affidavits, affidavits signed by Robo Signers, Affidavit which were falsely notarized, representing notary fraud, and many other treacherous and misleading instruments, explicitly stated in herein, and which can be seen and witnessed in the attached Exhibits 1 thu 12, attached herein, and made a part hereof, and which paints a accurate portrait of defendants fraudulent and criminal activity, which gave rise to this class action complaint.

**55**.   In all of these instances, these named defendants, and each of them, have absolutely no standing to proceed in foreclosure or eviction, but proceed under the guise of propriety, under false pretenses that it somehow owns interest in the subject properties, and mortgage notes complained of herein.

### FRAUDULENT & ILLEGAL EVICTIONS - *FRAUD UPON THE COURT*

**56**.   In every instance herein, these same named defendants, individually, and collectively have filed improper and fraudulent Unlawful Detainer or frivolous eviction cases without standing, against the named plaintiffs in State Courts, including Superior Courts, falsely claiming the Right To Possession, but in fact is in essence committing **FRAUD** upon the Court because defendants evidence used in these proceedings is based wholly on the fraud described herein, and in Exhibits 1 though 12 and the *fraud machine exhibits* which has been attached to this complaint.

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

**57.**  The above named Defendants conspired among themselves, had a "meeting of the minds",

an agreed to conduct, and did conduct an *insidious fraud campaign* against the plaintiff and

the subject real property *identified on Page 1 and Exhibit A of this complaint*, which said fraud

campaign consisted of *highly illegal criminal methods*, and *unlawful transfers* which includes,

*methods of forgery*, *and fraud*, and is not limited to all of the following *despicable acts*:

    ☑  (a) Manufacturing of *False & forged Instruments* to defraud Real Property, and,

    ☑  (b) Recording False Instruments into Real Property records, and,

    ☑  (c) Fraudulently misrepresenting itself as the Holder in Due Course of a

            mortgage note, which falsely gives itself right to the subject property,

    ☑  (d) Fraudulently **staging false foreclosure sales** and misrepresenting itself as

            the "highest bidder" or purchaser of the property at a foreclosure sale or auction.

**58.**  Defendants unlawful and unscrupulous methods of illegal *fraudulent conveyances* to

unauthorized individuals, *third party fraudsters*, and/or *fictious individuals*, and other types

of "*ghost entities*", *forged instruments*, *including robo signers*, all of which were illegally used

to create a false interest in plaintiff's real property as identified on page 1 of this complaint.

**59.**  The third party fraudsters, fictious individuals, and ghost entities, (hereinafter "the ghost")

are used in the scam to create, modify, sign, and execute *false foreclosures*, *false documents*,

and *forged instruments* related to the subject property which subsequently fraudulently filed

into public property record which ultimately creates a **false lien** or unlawful *cloud over the title*.

**60.** The "*holders in due course*" *scam, as explained more fully herein employs* "**ghost notes**"

*fake mortgages, non-originals, unverified instruments* to substantiate defendants right or

claim to the subject property.   *Defendants are unable to produce any real note in its*

*possession,* nor, has any such possession of any "blue ink" original note, and has committed a

fraud against the subject property, and has **slandered the title, causing losses to plaintiff(s).**

**61.**  Defendants outrageous acts constitute ***Conversion,*** **FRAUD**, and *Unjust Enrichment*.

### General Allegations Against All Defendants:

**62.** The previous paragraphs, and ***Exhibits 1 through 12***, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed *by* the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits 1 through 12..

(b) DEFENDANTS USED & DEPLOYED ***ROBO-SIGNERS*** TO ***COMMIT FRAUD*** AGAINST THE REAL PROPERTIES COMPLAINED HEREIN.

(c) DEFENDANT MANUFACTURED ***FRAUDULENT NOTICE OF DEFAULTS*** AND RECORDED THESE FRAUDULENT INSTRUMENTS CLAIMING FALSE INTEREST IN THE PROPERTIES.

(d) DEFENDANTS ***COMMITTED CRIMINAL FORGERY*** BY USING ROBOSIGNERS, TO SIGN AND CREATE FRAUDULENT INSTRUMENTS FOR FILING IN PUBLIC RECORD

(e) DEFENDANTS AND EACH OF THEM ***COMMITTED THE FRAUD IN EXHIBITS 1 THROUGH 12***, INCLUDING THE FRAUD MACHINE, ATTACHED TO THIS COMPLAINT

(f) DEFENDANTS HAVE ***ILLEGALLY FORECLOSED*** & ***UNLAWFULLY SEIZED*** PROPERTY UNLAWFULLY

(g) DEFENDANTS HAVE ILLEGALLY ***PERFORMED EVICTIONS*** & HAVE ***VIOLATED THE CIVIL AND CONSTITUTIONAL RIGHTS OF THE PLAINTIFFS, AND THE CLASS.***

(h) DEFENDANTS HAVE *PERPETRATED FRAUDS UPON STATE & FEDERAL COURTS*, AND BANKRUPTCY COURTS BY FILING AND FRAUDULENT DOCUMENTS IN JUDICIAL PROCEEDINGS.

(i) DEFENDANTS HAVE OPERATED INCONSPICUOUSLY WITH PUBLIC SERVANTS SUCH AS POLICE OFFICERS TO ***UNLAWFULLY VIOLATE PLAINTIFF CONSTITUTIONAL RIGHTS***

(j) DEFENDANTS HAVE ***UNLAWFULLY TRESPASS THE PROPERTY, AND PROPERTY RIGHTS*** OF THE PLAINTIFF BY UNLAWFULLY ENTERING WITHOUT AUTHORIZATION

(k) DEFENDANTS ***MANUFACTURED FALSE SALES*** AND ***FALSE TRUSTEE DEEDS UPON SALE*** WHICH *RESULT IN CRIMINAL CONVERSION OF REAL PROPERTY.*

(l) DEFENDANTS HAVE ***HELD FALSE AND FRAUDULENT FORECLOSURE SALES*** WHICH HAVE ***RESULTED IN GRAND THEFT OF THE SUBJECT PROPERTIES.***

## Specific Allegations Against Defendants:

## WELLSFARGO BANK NA, Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

**63.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **_nonexclusive list_** of unlawful acts were committed *by* the above **_named defendant_**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

### ILLEGAL SALE & OWNERSHIP

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)　　WellsFargo Bank, NA Conspired with the other named defendants to commit the fraud complained of in Exhibits 1 through 12 and the other unlawful acts complained of herein

(c) WellsFargo Bank, NA Conspired and the other named defendants committed a false lien on the subject property for purposes of claiming ownership of the subject property.

(d) WellsFargo Bank, NA conspired with the other named defendants to put an unlawful cloud over the property complained of in this lawsuit.

(e)　　WellsFargo Bank, NA conspired with the other named defendants to file fraudulent evictions against plaintiffs to unlawfully deprive plaintiff of possession of the subject property.

(f)　　　WellsFargo Bank, NA participated in a scam with the other defendants to deploy the ROBO-SIGNING scams to unlawfully convey property to itself.

(g) WellsFargo Bank, NA participated with defendants, and notary public to falsify documents used to transfer ownership to it as complained of in the fraud claims in this complaint.

(h) WellsFargo Bank, NA secretly participated in a scam with defendants to unlawfully defraud public property records with one or more grant deeds setforth in Exhibits 1 through 12.

(i) WELLSFARGO BANK NA, conspired, did execute false affidavits, and false instruments against the Subject Property Complained of this lawsuit which ultimately causes losses to plaintiff.

(j) WELLSFARGO BANK NA, conspired, did execute create a fraudulent Trust named similar after itself which was ultimately used to steal real property.

(k)　　　WELLSFARGO BANK NA, failed to respond to a Request made under the Real Estate Settlement and Procedures Act

(l) WELLSFARGO BANK NA, failed to make proper loan disclosures thereby violating the federal Truth in Lending Act and is the main defendant to drive the fraud complained of in this lawsuit.

**Specific Allegations Against Defendants:**

**County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office,**

**64.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **nonexclusive list** of unlawful acts were committed *by* the above **named defendant**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**FALSE TRUSTEE & MALICIOUS PROSECUTION; WRONGFUL EVICTION**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b)   DEFENDANTS WRONGFULLY EVICTED PLAINTIFF FROM PROPERTIES WHILE IN BANKRUPTCY VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS PROTECTED UNDER LAW

(c) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**WRIGHT, FINLAY, & ZAK, LLP.  Kathyrn Moorer, Nicole Glowin**

**65.** The  previous  paragraphs,  and  *Exhibits  1  through  12*,  including  the  fraud  claims  are

incorporated  herein  by  reference  as  if  fully  setforth  herein.  The  following  **nonexclusive list**  of

unlawful acts were committed *by* the above **named defendant**, and in furtherance of the insidious

fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**Filing False Grant Deeds Against The Properties; WRONGFUL EVICTIONS; WRONGFUL FORECLOSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or
more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay
order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**EMC MORTGAGE CORPORATION, , Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates**

**66.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **_nonexclusive list_** of unlawful acts were committed *by* the above **_named defendant_**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**FALSE DEEDS OF TRUST &  FRAUDULENT CONVEYANCES; WRONGFUL EVICTION; ILLEGAL FORECLOSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**FACTUAL ALLEGATIONS**
**Page 22 of 75**

## Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA

**67.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **nonexclusive list** of unlawful acts were committed *by* the above **named defendant**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**BANK FRAUD, MONEY LAUNDERING ILLEGAL CONVEYANCES; FALSE INSTRUMENTS SECURITY FRAUD**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

FACTUAL ALLEGATIONS
## Specific Allegations Against Defendants:
### GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE

Page 23 of 75

**68.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **nonexclusive list** of unlawful acts were committed *by* the above **named defendant**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

UNLAWFUL EVICTIONS; FILING FALSE INSTRUMENTS; ILLEGAL EVICTION, ILLEGAL FORECLOSURE

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**
**QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICE, TD SERVICES COMPANY,**

69. The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following ***nonexclusive list*** of unlawful acts were committed *by* the above ***named defendant***, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**Perpetrated An Unlawful Eviction Based on Fraudulent Ownership, BANKRUPTCY FRAUD, ILLEGAL FORECLOUSURE**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**Ocwen Loan Servicing, LLC , ALTISOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.**

**70.** The previous paragraphs, and *Exhibits 1 through 12*, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following *nonexclusive list* of unlawful acts were committed *by* the above *named defendant*, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**FALSE NOTARY, BANKRUPTCY FRAUD; ILLEGAL EVICTION; ILLEGAL TRESPASSING**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**Specific Allegations Against Defendants:**

**71.** The previous paragraphs, and **Exhibits 1 through 12**, including the fraud claims are incorporated herein by reference as if fully setforth herein. The following **nonexclusive list** of unlawful acts were committed **by** the above **named defendant**, and in furtherance of the insidious fraud campaign against the plaintiffs, and properties complained of held in trust by the plaintiffs.

**Real Estate Fraud; Illegal Foreclosures; Fraud**

(a) Defendant(s) and each of them individually, committed the fraud, or conspired to commit 1 or more fraudulent acts against the Trust Properties complained of in Exhibits #1 through 12.

(b) Each of the above defendants violated plaintiff's bankruptcy rights by violation the automatic stay order and performing unlawful evictions and foreclosure

(c) USED FAKE DEEDS AND INSTRUMENTS TO DEFRAUD COURTS IN ORDER TO OBTAIN FORECLOURE JUDGMENTS OR WRIT OF EVICTIONS

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

**COMPLAINT FOR QUIET TITLE**

## VERIFIED COMPLAINT FOR QUIET TITLE
### (Section §760.040 - California Code of Civil Procedure)

**THE FILING FOR FALSE INSTRUMENTS AGAINST THE SUBJECT PROPERTIES HAVE PLACED UNLAWFUL CLOUDS ON THE TITLE TO THE SUBJECT PROPERTIES, AND PLAINTIFF'S ARE ENTITLED TO HAVE THESE FRAUDULENT INSTRUMENTS CANCELED, AND TITLE CLEARED TO THE PLAINTIFFS.**

**72.** The preceding paragraphs *of this complaint,* are incorporated herein by reference. Plaintiff's reallege, as if fully set forth herein, each and every allegation above & below.

**73.** Plaintiff(s) is/are informed and believes and on that basis alleges that each of the defendants claims, or may claim, some interest in the real property described in **_Exhibit "A"_** of this complaint.

**74.** Plaintiff(s) is/are the owner(s) by adverse possession of real property located in _____Los Angles_____ County, _____California_____ and more specifically described as:

**Property Descriptions:**

SEE ATTACHED LIST OF TRUST PROPERTIES

**(Full Described in Exhibit "A")**

**Property Address:**

**75. Adverse Possession:** Plaintiff(s) is/are the **Equitable Owners** with superior right to possession, in legal possession, and such possession which has been actual, open, hostile, continuous, and exclusive possession of the said property pursuant to **_Common law_**.

**Actual, Open, Hostile, continuous an exclusive Adverse Possession Since and have paid the taxes for at least five (5) years;**
**Code of Civil Procedure Section 318,319,321-323;**

**76.** Plaintiff has been in *continuous legal possession* since July 10, 2006 described above in this complaint, adverse to defendants and to all other persons, in support of plaintiff's title to the real property and as curative of any defects in the title, or other defects which might have existed with reference to it. *Plaintiffs has the Equitable Interest, and Equitable Ownership of the property*

**77.** Defendants claim an estate or interest in the real property described that is adverse to plaintiff.

**78.** Defendants claim or purported title to the estate is **_based on the fraud_**, a fraudulent claim, **_deceit_**, and/or a **_fraudulent conveyance_**, or note holder scam as complained of herein and these transfers *has no legal effect what-so-ever.* **_Defendant has no marketable title in the property_**.

LOFTON RYAN BURRIS VS WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

*COMPLAINT FOR QUIET TITLE*                                    Page 28 of 75

### VERIFIED COMPLAINT FOR QUIET TITLE
### (Section §760.040 - California Code of Civil Procedure)

---

### Specific Facts Surrounding Adverse Possession

---

**79**. On or about <u>July 10, 2006</u>   plaintiff(s) became in Adverse Possession or legal possession of the subject property after discovery of a false mortgage or fraudulent loan related to the Subject Property; none of the defendants including have any real interest in the property, and any such interest claimed by the defendants is based upon fraud.

**80.** Plaintiff(s) became heirs and inherited tacking years, and Equitable Ownership of the subject property ever since that date that plaintiff(s) became in lawful, legal or Adverse Possession

**81.** Plaintiff(s) has been in actual, open, hostile, continuous, and exclusive possession of the said property since <u>July 10, 2006</u>

**82.** Plaintiffs have been in Adverse Possession since before July 10, 2006, and have paid property taxes on the subject properties for five (5) years or more.

### ADVERSE CLAIMS TO THE TITLE:

**83.** All of the named defendants have made claims which are adverse to the plaintiff's title for which a determination is sought. *The adverse claims to the title of the plaintiff against which a determination is sought includes the following adverse parties:*

### A. The Adverse Claims of:

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPTI1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP.  Kathryn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

### DATE FOR WHICH DETERMINATION  IS SOUGHT:

**84.** The date as of which the determination is sought is:      *July 10, 2006*

**85.** Plaintiff(s) prays for a  determination of the title of the plaintiff against the adverse claims, pray that this court declare that defendants, and each of them have no title to the subject property, and enter judgment ordering defendants to transfer title to plaintiff(s) **LOFTON RYAN BURRIS**

LOFTON RYAN BURRIS VS ...SFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1
TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

*FRAUD*                                                    **Page 29 of 75**

## COMPLAINT FOR MULTIPLE ACTS OF FRAUD, KICKBACKS, AND VIOLATION OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT

**BY CREATING FALSE AFFIDAVITS, FALSE DEEDS, AND MANUFACTURING AND FILING MANY FALSE INSTRUMENTS IN PUBLIC RECORDS, DEFENDANTS, HAVE CREATED A *"FRAUD MACHINE"* AND EACH OF THEM, INDIVIDUALLY AND COLLECTIVELY  HAVE COMMITTED CRIMINAL FORGERY AND FRAUD AGAINST THE SUBJECT PROPERTIES, SETFORTH IN EXHIBIT 1 THUR 12.**

---

*86.* The preceding paragraphs of this complaint are incorporated herein by reference.  Plaintiff's realleage, as if fully set forth herein, each and every allegation *against each defendant* above.

**87.**  It is specifically alleged that defendants *committed a series of fraudulent and illegal acts* against the subject property, as described herein, which render any purported title, lien, or claim, made by defendant, null and void, and/or unenforceable under law due to defendants fraudulent conduct. Plaintiff(s) was/were induced into believing that these deceitful acts were in good faith.

**88**. In addition to the deceitful, and deceptive acts complained of herein, defendants, individually committed the **following three (3) frauds** relative to the subject properties of this lawsuit:

| MULTIPLE COUNTS OF *FRAUD* COMMITTED BY DEFENDANTS |
| --- |

## *FRAUDULENT ASSIGNMENTS:  "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)*

## *FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE*

## *FRAUDULENT EVICTION ACTION FILED IN STATE COURTS*

**52.** It is specifically alleged that the said three (3) fraud scams complained of herein and set forth in greater detail on the following pages are unlawful and illegal **acts of deceit**, and constitute *Deceptive Trade Practices*, *are intentional misrepresentations* which violate the laws of this state. It is alleged this **fraud** was committed by ALL of the name defendants.

**53.** It is specifically alleged that the fraud described and complained of herein above was *intentional*, *willful*, and was *done with malice* and criminal intent, with the sole purpose of stealing and/or robbing plaintiff's real property, and for *causing plaintiff great mental distress*.

### FRAUD COUNT #1

**89.** In accordance with the formal pleadings requirements for **_FRAUD_**, which provides that "the circumstances constituting the fraud shall be stated with particularity the plaintiff hereby specifically alleges "_the tim_e, _place_, and _contents of the these false representations_, made by the defendants as well as _the identity of the person(s) making these representations_, and further what those _person(s) obtained thereby_. Plaintiff shows this Honorable court the following:

**_Count 1:_ Fraud #1**     ***FRAUDULENT ASSIGNMENTS: "SUBSTITUTION***
**Losses:**         ***TRUSTEE DEEDS" (ROBO-SIGNERS)***
**$180,000.00**

**The SCAM & Scammers Exposed:**     *FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)*

(a) **_Time_**:
The interval in time or period of duration for which this fraud was perpetrated by the by the defendants occurred between  December 09, 2009  and  April 25, 2014

(b) **_Place_**:         **_Defendant's business Office_**

**The place where this fraud occurred was at the defendants business offices, offices of their agents, in the country records office, and in the offices and sweatshops of third party ROBO-SIGNERS.**

(c) **_Content of the False representation_**:     A Staged and False Foreclosure which did not occur.

(d) **_Identity Of Persons Making The Representation_**:
The identify of the persons making the representation are the above named defendants, namely WELLSFARGO BANK NA,Wellafargo Bank, NA As Trustee for ABFC 2006-OPT11 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1 , County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office. , WRIGHT, FINLAY, & ZAK, LLP, Kathyrn Moorer, Nicole Glowin , and EMC MORTGAGE CORPORATION., Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates Each one of the defendants, individually committed the acts.

(e) **_What Those Person(s) Obtained_**:    **_A wrongful Accounting and Property Ownership advantage_**

**Defendants obtained a _wrongful Accounting Advantage_ which constitutes Accounting and or Fraud Financial·Fraud, and also obtained purported Ownership of the property, by now fraudulently listing plaintiff's real property as defendants own property, which constitutes an and UNLAWFUL CONVERSION. Defendants also obtained a legal advantage by making recording these false claims into public property records in support of its illegal covert operation.**

PLD-C-001 (3)

| SHORT TITLE:<br>COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
| --- | --- |

### *CAUSE OF ACTION-Fraud*

Page 31 of 75

> ## FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS"
> ## (ROBO-SIGNERS)

EXHIBIT _____1_____

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint                     **Page 1 of 2**
(Use a separate cause *of* action form for each cause *of* action.)

**90.**
            LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA
            PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN
     FR- 1. Plaintiff (name): _____

          alleges that defendants and each of them:

          on or about (date): ___12/30/2005 to present___ defrauded plaintiff as follows:
     FR-2. ☑ **Intentional or Negligent Misrepresentation**
          ☑ a. Defendant made representations of material fact       ☐ as stated in Attachment FR-2.a   ☑ as follows:

          b. These representations were **in fact false**. The truth was   ☐ as stated in Attachment FR-2.b   ☑ as follows:

          c. When defendant made the representations,
              ☑ defendant knew they were false, or
              ☐ defendant had no reasonable ground for believing the representations were true.
          **Defendants later used an unauthorized trustee by the name of "TD Services" to foreclose.**
          d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
              in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
              they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

     FR-3. ☑ **Concealment**
          a. Defendant concealed or suppressed material facts       ☐ as stated in Attachment FR-3.a   ☑ as follows:

          b. Defendant concealed or suppressed material facts
              ☑ defendant was bound to disclose.
              ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
                 or suppressed facts.

          c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
              as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
              facts and would not have taken the action if plaintiff had known the facts.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 (3) [Rev. January 1, 2007]
                              **CAUSE OF ACTION-Fraud**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
|---|---|

EXHIBIT _____1_____              **CAUSE OF ACTION-Fraud**              Page 32 of 75

---

### FRAUDULENT ASSIGNMENTS: "SUBSTITUTION TRUSTEE DEEDS" (ROBO-SIGNERS)

91.

FR-4.  ☑ **Promise Without Intent to Perform**                    **Page 2 of 2**

a. Defendant made a promise about a material matter without any intention of performing it          ☑ as stated
in Attachment FR-4.a   ☑ as follows:

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act   ☐ as stated in Attachment FR-5
☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged   ☑ as stated in
Attachment FR- 6   ☑ as follows:

FIR - 7. Other:          ☑ Other as follows:

1. Plaintiffs, and each of them have also been damaged in that defendants have
breached the contract, and even "interfered with the contract" by using
ROBO-SIGNERS and false unauthorized trustees to sell the property, causing
more frustration and great mental distress to the plaintiff.

---

LOFTON RYAN BURRIS VS WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT11 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT11

## FRAUD COUNT #2

Page 33 of 75

**92.** In accordance with the formal pleadings requirements for **_FRAUD,_** which provides that "the circumstances constituting the fraud shall be stated with particularity the plaintiff hereby specifically alleges "_the tim_e, _place_, and _contents of the these false representations_, made by the defendants as well as _the identity of the person(s) making these representations_, and _further what those person(s) obtained thereby_. Plaintiff shows the court the following:

**_Count 2:_ Fraud #2 -**
_Losses:_
**$180,000.00**
**The SCAM Exposed:**

# FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE

**_A fraudulent Notice of Default designed to Defraud._**

(a) **_Time_**:
The interval in time or period of duration for which this fraud was perpetrated by the by the defendants occurred between ___December 03, 2009___ and _____present_____

(b) **_Place_**:        **_Defendants Business offices, Attorney Offices, and Robo signer sweatshop._**

**The place where this fraud occurred was at the defendants business offices, offices of their agents, in the country records office, and in the offices and sweatshops of third party ROBO-SIGNERS.**

(c) **_Content of the False representation_**:                    Document Transfer Tax

(d) **_Identity Of Persons Making The False Representation_**:

The identify of the persons making the representation are the above named defendants, namely WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT11 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1 , County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, , WRIGHT, FINLAY, & ZAK, LLP, Kathryn Moorer, Nicole Glowin , and EMC MORTGAGE CORPORATION, - Brian Anthony Quintero, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates The proximate causes of this falsity are these exact persons.

(e) **_What Those Person(s) Obtained_**:

**Defendants obtained a _wrongful Accounting Advantage_ which constitutes Accounting and or Fraud Financial Fraud, and also obtained purported Ownership of the property, by now fraudulently listing plaintiff's real property as defendants own property, which constitutes an and UNLAWFUL CONVERSION. Defendants also obtained a legal advantage by making recording these false claims into public property records in support of its illegal covert operation.**

PLD-C-001 (3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | |

### *CAUSE OF ACTION-Fraud*

Page 34 of 75

## FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE

EXHIBIT ___2___                                                    **Page 1 of 2**

ATTACHMENT TO    ☑ Complaint    ☐ Cross-Complaint
(Use a separate cause of action form for each cause of action.)

**93.** FR- 1. Plaintiff (name):     LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN

alleges that defendants and each of them:

on or about (date): 12/3/2009 _____ defrauded plaintiff as follows:

FR-2. ☐ **Intentional or Negligent Misrepresentation**
        a. Defendant made representations of material fact     ☐ as stated in Attachment FR-2.a     ☑ as follows:

b. These representations were **in fact false**. The truth was    ☐ as stated in Attachment FR-2.b     ☑ as follows:

c. When defendant made the representations,
    ☑  defendant knew they were false, or
    ☑  defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
    in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
    they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☑ **Concealment**
        a. Defendant concealed or suppressed material facts     ☐ as stated in Attachment FR-3.a     ☑ as follows:

b. Defendant concealed or suppressed material facts
    ☑ defendant was bound to disclose.
    ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
      or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
    as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
    facts and would not have taken the action if plaintiff had known the facts.
        ROBO-SIGNER: Defendants supressed the fact that it used fictitous persons from the
        state of Minnesota namely Liquenda Alloteu and :Bethany Hood"

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 (3) [Rev. January 1, 2007]

**CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | |

EXHIBIT _____3_____          **CAUSE OF ACTION-Fraud**          Page 39 of 75

> ## FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE

**97.**   FR-4.   ☑ **Promise Without Intent to Perform**          **Page 2 of 2**

a. Defendant made a promise about a material matter without any intention of performing it          ☑ as stated
in Attachment FR-4.a   ☐ as follows:

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act   ☐ as stated in Attachment FR-5
☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged   ☐ as stated in
Attachment FR- 6   ☑ as follows:

FIR - 7. Other:          ☐ Other as follows:

LOFTON RYAN BURRIS VS ........ofFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1

## FRAUD COUNT #3                                    Page 37 of 75

**95.**    In accordance with the formal pleadings requirements for **_FRAUD_**, which provides that "the circumstances constituting the fraud shall be stated with particularity the plaintiff hereby specifically alleges "_the tim_e, _place_, and contents of the these false representations, made by the defendants as well as _the identity of the person(s) making these representations_, and further what those person(s) obtained thereby.  Plaintiff shows the court the following:

<u>Count 3:</u>  Fraud #3 -  
Losses:  

### FRAUDULENT EVICTION ACTION FILED IN STATE COURTS

**$360,000.00**  
**The SCAM Exposed:**

(a) **_Time_**:  
The interval in time or period of duration for which this fraud was perpetrated by the by the defendants occurred between ___January 2009___ _and__ _present_ ___

(b) **_Place_**:  
**The place where this fraud occurred was at the defendants business offices, offices of their agents, in the country records office, and in the offices and sweatshops of third party ROBO-SIGNERS.**

(c) **_Content of the False representation_**:

(d) **_Identity Of Persons Making The False Representation_**:  
The identify of the persons making the representation are the above named defendants, namely WELLS FARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1 , County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, , WRIGHT, FINLAY, & ZAK, LLP, Kathryn Moorer, Nicole Glowin , and EMC MORTGAGE CORPORATION, , Brian Anthony Quinton, MACKY, WOLF, ZIENTH, MANN, PC, MICHAEL WAYNE ZIENTH, Jack O' Boyle & Associates The proximate causes of this falsity are these exact persons.

(e) **_What Those Person(s) Obtained_**:  
**Defendants obtained a _wrongful Accounting Advantage_ which constitutes Accounting and or Fraud Financial Fraud, and also obtained purported Ownership of the property, by now fraudulently listing plaintiff's real property as defendants own property, which constitutes an and UNLAWFUL CONVERSION. Defendants also obtained a legal advantage by making recording these false claims into public property records in support of its illegal covert operation.**

*Complaint of LOFTON RYAN BURRIS*

PLD-C-001 (3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Lydia Hernandez, Eutimo Hernandez et al vs. Federal Home Loan Mortgage Corporation | |

### *CAUSE OF ACTION - Fraud*

Page 38 of 75

> # FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE

**EXHIBIT** _____3_____                                                           **Page 1 of 2**

ATTACHMENT TO   ☑ Complaint   ☐ Cross-Complaint
(Use a separate cause of action form for each cause of action.)

**96.**

LOFTON RYAN BURRIS, LUPI P. EDWARDS, AL MCZEAL, J. LYDIA HERNANDEZ, EUTIMIO C. HERNANDEZ, SIA PAULO, TIA PAULO, SALLY JOHNSON, JAMES HEWITT, RONALD F. VAUGHN

FR- 1. Plaintiff (name): _____

alleges that defendants and each of them

on or about (date): 10/27/2012 @ 2:01 PM _____ defrauded plaintiff as follows:

FR-2.    **Intentional or Negligent Misrepresentation**
☐ a. Defendant made representations of material fact      ☐ as stated in Attachment FR-2.a     ☑ as follows:

b. These representations were **in fact false**. The truth was   ☐ as stated in Attachment FR-2.b    ☑ as follows:

c. When defendant made the representations,
  ☐ defendant knew they were false, or
  ☐ defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.   ☑ **Concealment**
a. Defendant concealed or suppressed material facts      ☐ as stated in Attachment FR-3.a    ☑ as follows:

> ### Defendants concealed the fact that this affidavit was unsigned and was not suitable for any sort of legal proceeding, including foreclosure and/or evictions.

b. Defendant concealed or suppressed material facts
  ☑ defendant was bound to disclose.
  ☑ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 (3) [Rev. January 1, 2007]

**CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE:<br>COMPLAINT FOR QUIET TITLE, FRAUD, RACKETEERING & CONVERSION | CASE NUMBER |
|---|---|

EXHIBIT ___3___                    **CAUSE OF ACTION-Fraud**                    **Page 39 of 75**

## FRAUDULENT INSTRUMENTS FILED IN COUNTRY RECORDERS OFFICE

**97.**  FR-4.  ☑ **Promise Without Intent to Perform**                    ☐ as stated
   a. Defendant made a promise about a material matter without any intention of performing it
   in Attachment FR-4.a  ☑ as follows:                    **Page 2 of 2**

   b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
   plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
   defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act     ☐ as stated in Attachment FR-5
   ☑ as follows:

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged     ☐ as stated in
   Attachment FR- 6  ☑ as follows:

FIR - 7. Other:          ☐ Other as follows:

### *COUNT 3: RACKETEERING:*

## CONSPIRACY TO VIOLATE RACKETEER INFLUENCED CORRUPT ORGANIZATIONS ACT - 18 USC 1961 et seq

**DEFENDANTS CONSPIRACIES, AND FRAUDULENT CONDUCT HAVE RESULTED IN THEFT, EMBEZZLEMENT, MAIL FRAUD, AND INTENTIONAL VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED CORRUPT ORGANIZATIONS ACT, AND PLAINTIFFS AND THE CLASS HAS BEEN DAMAGED IN THEIR PROPERTY RIGHTS.**

**98.** *Paragraphs 50-56, of this complaint are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each and every allegation, against each defendant above.*

### RICO VIOLATIONS:

**99.** Plaintiff reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants named herein **conspired among themselves** to violate sections 18 U.S.C. §1962(a)(b)(c) and section (d) by agreeing to conduct or participate in the affairs of the enterprises referred to in this complaint through a pattern of racketeering and activity and committed more than two acts of racketeering activity, as setout herein, one of which occurred after the effective date of this racketeering chapter and the last act which occurred after the effective date of racketeering chapter, and the last of which occurred within ten years (excluding any period of imprisonment).

**100.** The racketeering activity complained of herein above was in effect at the time of the filing of this lawsuit.  The racketeering activity consisted of the fraud, embezzlement, extortion, mail fraud, and wire fraud, bank fraud, and money laundering transactions as described herein.

### *CONSPIRACY  TO VIOLATE RICO*

**101.**   At all times relevant herein, it is alleged that the defendants, their employees, agents, attorneys, and all other persons acting in concert or purporting to act as representatives for the defendants had devised a scheme or artifice to defraud, or to obtain the money or credit or property from the plaintiff by means of false or fraudulent pretenses, or to procure for unlawful use counterfeit devices or spurious coin, and other devices used to defraud for the sole purpose of defrauding plaintiff of rights or property and to unlawfully gain property rights rightfully and justly belonging to plaintiff's estate in violation of 18 U.S.C. §1341.  It is specifically alleged that the named RICO individuals and enterprises, operate separate and distinct from each other.

### COUNT 3:  RACKETEERING:

# R.I.C.O        SECTION §1962(a)        R.I.C.O

**102.**   Paragraphs *50 thru 56*, (**FRAUD**) and the preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that defendants **caused injury** to the plaintiff by reason of the use of the investment or use of racketeering income or financial credits derived by unjust means.

Plaintiff alleges that each time defendant defraud its customers, (including the plaintiff), an illegal income stream of cash is created, and this same cash is reinvested into defendants illegal operation.

**103.** The Injury is in the form of the **fraud and other unlawful acts described in the previous paragraphs** of this complaint.

**104**. The receipt of income from this illegal operation is directly related to cash flows obtained from the illegal billing and false invoices which are actually paid by customers.  In particular, Section (a) was designed to prevent racketeers from using illegitimately obtained funds to invest in a legitimate business, to control of the legitimate business.  1962(a) provides in pertinent part that:

"It shall be unlawful for any person who has received any income derived directly or indirectly from a pattern of racketeering activity, or through collection of an unlawful debt, in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest directly or indirectly, any part of such income... in acquisition of any interest in the establishment or operation of any enterprise which is engaged in the .. interstate or foreign commerce."

**105**.  It is alleged by the plaintiff, that defendants unlawful use of this racketeering income has caused further financial harm to the plaintiff because fraud complained of hereinabove also resulted in conversion, embezzlement, and theft of plaintiff's financial estate, and/or Real Estate Investment.

**106.**  It is specifically alleged, that the named defendants independently committed the acts complained of and these unlawful, deceptive, and fraudulent acts are the proximate causes for the section 1962(a) violations.

## COUNT 3:  RACKETEERING:

# R.I.C.O

### VIOLATIONS OF §1962(b) and  §1962 (c)

**107.** Paragraphs *50 thru 56* **(FRAUD)** and all preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that defendants through a pattern of racketeering activity or through collection of an unlawful debt has acquired an interest or maintains an interest in or control the enterprise in which it is engaged.  As setout in the introductory of this complaint, it is specifically alleged herein that defendants WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1t TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP , Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintino, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A., J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MEREDITH NATIONAL BANK, NALGB Inland Properties 2 LLC, Griffin Residential, Libert & Associates, Christine Lucia, I, JAY ANGELLE QUALITY LOAN SERVICE CORP, McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Gowen Loan Servicing, LLC, ALTISOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP. are "Enterprises" as defined in 18 U.S.C 1961 including all natural persons, corporations, and partnerships.  The existence of these Enterprises are self-evident from their fraudulent acts and other illegal and corrupt matters complained of herein.  These RICO defendants are separate and distinct from the enterprise that it controls.  The nature of the association between the RICO defendant and the RICO Enterprises is such that the RICO defendant utilize the Enterprise to steal in connections with accounts, loans, and monies gained unlawfully.  The RICO organization is ongoing and was operating as of the date of the filing of this lawsuit.  For example, such fraud, theft, conversion, and embezzlement as complained of herein, especially in *__paragraphs 50, thru 56__* of this complaint uncovers and exposes the nature of RICO defendants with the RICO enterprises.  It is specifically alleged that the RICO defendants maintains an ongoing interest in the RICO enterprises as complained of herein above.

### Section §1962(c)

**108.** It is specifically alleged that the defendants, *each of them*, including the DOE's operate through an enterprise which affect interstate commerce as setout above.  As stated in the introduction these defendants are "persons" as defined in 18 U.S.C **§**1961 (3) and are employed or associated with the enterprise as explained above. An injury to Plaintiff's business or personal property resulted by reason of a violation herein. The injury was in the form of monies and property lost as explained in the fraud claims, and all other previous sections of this complaint.

*Complaint of LOFTON RYAN BURRIS*

# R.I.C.O

## White Collar Crimes Against The Estate Of Plaintiff

### COUNT 3: RACKETEERING:

**109.**   Plaintiff realllege, as if fully set forth herein, each allegation above. It is specifically alleged herein that all of the name defendants, individually, and collective committed

multiple acts of white collar crimes against the named plaintiffs, and against the estate of the plaintiffs. The defendants *individually*, and *collectively* committed the following non-exclusive white collar crimes which includes, but is not limited to all of the following:

☑   a. Computer Fraud,

☑      b. Mail Fraud,

☑   c. Wire Fraud,

☑   d. *Financial Fraud*,

☑      e. Conspiracy,

☑   f. *Embezzlement*

☑      g. Theft,

☑ h. Money Laundering, and

☑      i. Racketeering.

### COMPUTER FRAUD SCAMS

*110.*   Plaintiff's realllege, as if fully set forth herein, each allegation above.   With respect to the computer fraud complained of hereinabove, it is specifically alleged that the named defendants deployed the tactics of using personal computers, and their own computer network, including the electronic routing equipment, and other access devices in order to accomplish the fraud and illegal transactions complained of herein. The computer fraud scams consisted of, but was not limited to all of the following:

(a) Deploying malicious Computer software programs over the defendants computer network to automatically enter false data into computer memory and false charges to the accounting files and data bases with respect to the plaintiff's account, or an account created for plaintiff and,

(b) Using **ROBO-SIGNERS**, fictitious persons, false names, real employees and agents to enter and modify data over defendants own computer network, falsifying sales, purposely generating false deeds & amounts for the sole purpose of stealing, and perpetrating an unlawful foreclosure.

*Complaint of LOFTON RYAN BURRIS*

# R.I.C.O

### COUNT 3:  RACKETEERING:

(c) Printing, filing, and mailing these false documents to plaintiff, for the sole purpose of harassment, and obtaining an unjust economic advantage over the plaintiff by forwarding false and fraudulent matters in the U.S. mails, and which was unlawfully delivered to the plaintiff address in violation of 18 USC sec 1341 relating to ***frauds and swindles***, and,

(d) Unlawful access to the defendant's computer system without authorization by employees or agents operating separately in a conspiracy to defraud which is firmly based upon all of the conflicting amounts and false information published by the defendants, and,

(e) Using a computer to manufacturer false deeds, false mortgages, and false liens for purposes of defrauding plaintiff(s) estate, and  the real property complained of herein, and then subsequently filing these false instruments in public property records to make it appear that defendants have an interest in the subject property, but which in fact do not, and,

(f) Using a Computer to create ***ROBO-SIGNERS***, or false and fictitious persons for the sole purpose of manufacturing false documents, affidavits, and for filing in public property records to make it appear that these ROBO-SIGNERS, are somehow real, and for making false and fraudulent affidavits which are subsequently filed in public records to make it appear that defendants have an interest in the subject property, but which in fact ***they do not***, and,

(g) Using a Computer system to manufacturer false amounts, and instruments for purposes of conversion, and unlawful money laundering acts related to the subject property.

### FINANCIAL FRAUD SCAMS

*111.*   Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the defendants committed financial institution fraud within defendant's organization which involves the fraud or embezzlement as complained of herein and occurring within or against financial institutions that are insured or regulated by the U.S. Government such as defendants.

**112.** The financial fraud, included but was not necessarily limited to corporate fraud or fraud against plaintiff's property, or real estate, but also embezzlement, theft, and willful misapplication of the moneys, funds, transfer or credits by these defendants in violation of Title 18 USC, Chapter 31, Sec 656.  (Rackeeteer Influenced Corrupt Organizations Act)

**113.**  It is specifically alleged that defendants acts are the proximate causes of the Racketeering Acts complained of herein.

### COUNT 3:  RACKETEERING:

# R.I.C.O

### SECTION 1962(d) - CONSPIRACY

# R.I.C.O

**_114._**  Paragraphs **_50 thru 56 (FRAUD)_** and the preceding paragraphs are incorporated herein by reference.  Plaintiff's reallege, as if fully set forth herein, each allegation above. It is specifically alleged that the named defendants, including their agents, employees, attorneys, and representatives, conspired to violate sections (a)(b) and (c) above.   The facts related to the fraud and the fraud scams are pleaded in particularity in paragraphs 50 thur 56, in accordance with Rule 9(b) of the Federal Rules Of Civil Procedure.

**115**. Moreover, the facts containing the fraud and conspiracy are setforth therein.  The object and accomplishment lie in the fraud and accomplished unlawful economic advantage that was gained over the plaintiff and more particularly described in above paragraphs.

**116**. **The Agreement:**   The conspiracy lies in the fact that these defendants agreed amongst themselves to violate section (a)(b) and (c) above by collectively committing the acts and fraud complained of herein.

**117**. The whole evil object of the diabolical scam was to trick, harass, defraud, and gain an undue economic advantage over the plaintiff.

**118**.   Defendants wrongful and unlawful acts are the proximate causes for the 1962(d) Conspiracy.

**119**.   Defendants are individually, and jointly liable to the plaintiff(s) for the said illegal and wrongful

acts complained of herein.

**120**.  The cause of action for Racketeering is asserted against each defendant, individually, and it is alleged that each defendant committed the unlawful acts individually, and is personally liable to the plaintiff for the outrageous and hideous acts committed by them.

**121**.  It is further alleged that each and every defendant formed a conspiracy to commit the acts complained of, and are therefore jointly liable for the said acts.

### COUNT 4:   *FAIR DEBT COLLECTION PRACTICES:*

## COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

## DEFENDANTS' FRAUDULENT AND ABUSIVE ACTS HAVE VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACTS - *AGAINST ALL DEFENDANTS*

**122.**  Plaintiffs reallege, as if fully set forth herein, each allegation above. It is specifically alleged herein that the above named defendants conspired among themselves to violate the *Fair Debt Collections Practices Act,* by engaging in abusive, deceptive, and unfair debt collection practices and unconscionable acts which consisted of harassment, abuse, false and misleading or fraudulent conduct complained of above, and which acts were done intentionally to harass, oppress, or abuse the plaintiff in connection of a debt or an alleged debt claimed by the defendants. Paragraphs *50-56* (FRAUD) is incorporated herein, as if fully set forth herein by reference.

**123.**  The defendants, and each of them, directly or indirectly  mismanaged the plaintiff's purported account established by defendants by improperly "stealing" and/or laundering monies or credits in favor of themselves directly from the plaintiff's account with the improper and illegal use of a computer system by fraudulently inputting unauthorized credits or unauthorized  amounts of money and misrepresenting these charges as valid "charges".

**124.** These improper computer entries, or so-called " charges" claim to represent monies owed by the plaintiff, but these are nothing more than "illegal data entry or charges" which was improperly entered into the defendant's computer system or financial record.

**125.** These same fraudulent charges are then transferred on the accounting books or credited directly to defendants in the form of credits while resulting in wrongful debit transactions for the plaintiff, and which plaintiff is not really required to pay.

**126.** These types of accounting misrepresentations are common occurrences for defendants, and  each of them  refuses to reverse such unlawful entries even after promising or after complaints are made, but never does, and results in negligent misrepresentations without support for such charges, resulting in fraud, theft, and embezzlement using plaintiff's account.

*Action of  LOFTON RYAN BURRIS*

### COUNT 4:    FAIR DEBT COLLECTION PRACTICES:

**127.**    Plaintiff's realllege, as if fully set forth herein, each allegation above.

The following **nonexclusive list of acts** were committed by the defendants named herein against

the plaintiffs in furtherance of the conspiracy and/or violations of  law complained of herein:

**(a)** The defendants made several false, deceptive, misleading or false representations to the plaintiff, as specifically described in Exhibits 1 thru Exhibits 12 as abundantly setforth in in the fraud claims attached to this complaint setforth in detail in Exhibits 1 thru 12.

**(b)** Misrepresenting the character, amount, or legal status of debt; by overstating the amounts actually owed to them, or by making up imiginary amounts which do not really exist, and,

**(c)** Misrepresenting services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt, and,

**(d)** Misrepresenting and abusing the use of Attorneys to perform evictions, or other representatives to collect debts which are not owed to the defendants, and,

**(e)** Publicly publishing plaintiff's name in court or other public places which falsely alleged that plaintiff owes a debt, or refuse to pay a debt; especially certain debts not owed to the defendants, and,

**(f)** Sending several unfounded invoices and bills by the defendants representatives or attorney of record, or other employees and agents of the defendants; and,

**(g)** The use of negligent, false representations, or deceptive means to collect, or attempt to collect a false debt  such as _debts which are already satisfied_ or _debts not actually owed to the defendants_; and,

**(h)** Negligent, and Intentional failure to follow up in good faith on "disputed debts" with the plaintiff after plaintiff advised defendants that the alleged debt was in fact disputed and no such debts were actually owed to the defendants; and,

**(i)** Prosecuting or threatening to prosecute a malicious and adverse action against the plaintiff and/or plaintiff's legal estate for debts which are not really owed to the defendants; and,

**(j)** Attempts to collect improper debts which were fraudulently entered into a computer system by defendant's employees or executing or causing to execute a malicious computer program operating within computing environment; and,

**(k)** Knowingly filing a fraudulent liens or claims as setforth in Exhibits 1 thur 12, against plaintiff's legal estate in violation of the Uniformed **_DECEPTIVE TRADE PRACTICE ACT_** or otherwise severe violations of the consumer protection laws of this state.

**(l)** Filing harassing legal actions or legal letters in proceedings, which make fraudulent financial claims to harrass the plaintiff in an attempt to extort or embezzle assets are not owed to them, and,

**(m)** Continuing to knowingly, and intentionally misrepresent debts owed and committing all of the above fraudulent acts complained of herein as of the date of the filing of this complaint.

## COUNT 4:    FAIR DEBT COLLECTION PRACTICES:

## INTENTIONAL DEBT HARASSMENT

**128.**  Plaintiffs reallege, as if fully set forth herein, each allegation from above.  The preceding paragraphs are incorporated herein as if fully setforth herein. Plaintiffs alleges that the fraudulent and misrepresented amounts complained of herein above are indeed fraudulent were sent to the plaintiffs intentionally, and with full knowledge that this debt was not owed to the defendants.

**129.** Plaintiffs asserts that the intentional pursuit and collection of this unlawful debt constitutes intentional knowledge and was with malice, for purposes to defraud, and to ultimately harass the plaintiff.   Further the intentional harassment  of  the **FRAUD** complained of in Exhibits 1 *thru Exhibits 12* of this complaint constitute intentional <u>fraud</u>  and  financial crimes perpetrated against the financial estate of the plaintiff.    These acts were no mere mistakes or oversights, but were intentional.   Plaintiffs are entitled to punitive damages against the defendants in amount yet to be determined by this court.

## THE DEFENDANTS UNLAWFUL ACTS WERE INTENTIONAL

**130.** The Defendants ongoing negligence, decision to harass, oppress,  the plaintiff,  and to inflict the wrongful and unlawful acts complained of herein,   continuously harassing plaintiff, defrauding public records with untrue information, providing fraudulent notices, invoices, and fraudulent amounts, taking improper legal action without just cause, processing improper collection actions, conspiring to violate Federal Consumer Protections laws and other state laws as complained of herein was intentional, malicious, and without just cause or reason and was done with malice with an intent to torment and harass the plaintiff.

**131.** Plaintiff as a direct and proximate result of such wrongful actions by the defendants, **suffered great mental anguish**, and **emotional distress**, including but not limited to, headaches, physical pain, anxiety, and fear for the future and for plaintiff's financial security.  Plaintiff has suffered humiliation and embarrassment as a result of the **<u>intentional</u>** and unlawful acts of  the defendants complained of herein.    Plaintiffs are entitled to **treble damages** as a result of these intentional, and malicious acts of the defendant.

## COUNT 4:   *FAIR DEBT COLLECTION PRACTICES:*

**132.** The Plaintiffs herein are entitled to have Defendants apply mortgage servicing procedures in ways that do not result in fraud, negligence, misrepresentation or in ways that do not result in any unauthorized and fraudulent charges assessed that result in breach of contract;  The implied term of the contracts required defendants to service Plaintiff's purported account with professional competence, and due care, and to cooperate in the performance of the contracts, and to reasonably execute the contracts in a fair, even handed and reasonable manner.   Defendants have been the actual causes of these breaches and have clearly breached this duty.  The infliction of punitive damages, with sanctions, should thus be imposed upon the defendants by this court.

**133.**   Plaintiff's reallege each and every paragraph, as if fully set forth herein, each allegation above.      These defendant's actions are unfair and/or deceptive within the meaning of the *Uniformed Deceptive Trade Practices Act* or the consumer protection laws of the state of      *California*               For all practical purposes of this complaint, plaintiffs are consumers under the consumer protection laws of  this state.

**134.**   Defendants actions have the tendency or capacity to mislead plaintiffs about the amounts actually owed to defendants.    The various conflicting amounts without valid supporting evidence or the plaintiff's permission or authorization demonstrates that defendant's fraud against the plaintiff(s) knows no bounds.

**135.**   As  plainly  illustrated  these  treacherous  defendants  have  stooped  to  the  *lowest level of deceit, trickery, and fraud* in order to mislead, or gain  an undue economic advantage over the plaintiffs.

**136.**  Defendants fails to utilize due care or professional competence in the administration of the Plaintiffs account resulting in negligence and gross negligence.

**137.**  Defendants general course of conduct has an impact on the public interest, and the acts complained of herein are ongoing and/or have a substantial likelihood of being repeated.

**138.**  It is alleged that said unlawful conduct by the defendants, and each of them, individually and collectively are the proximate causes for violations  of fair debt collections practices act.

### COUNT 5:

### Violations of the Consumer Credit Protection Act
(Truth in Lending - 15 U.S.C. §1601, et seq)

**DEFENDANTS FAILURE TO PROVIDE THE TRUTHFUL INFORMATION REQUIRED BY FEDERAL LAW HAS RESULTED IN SEVERE VIOLATIONS OF THE FEDERAL TRUTH IN LENDING ACT.**

**139.** Plaintiffs reallege, as if fully set forth herein, each allegation above.

**140.** It is specifically alleged herein that each defendant, individually, committed the acts and by their fraudulent acts and failure to make certain required financial disclosures regarding credit and financial transactions, they have violated the *F*ederal *C*onsumer *C*redit *P*rotection *A*ct.

**141.** Defendants have improperly offered credit sales, to its customers and to the plaintiffs, but has failed to adequately disclose cost disclosures in order to assure a meaningful disclosure of the terms of leases of personal property for personal, family, or household purposes so as to enable the plaintiff, and its customers, to compare more readily the various lease terms available or to enable comparison of loan or lease terms with accurate disclosures as required by law.

**142.** As a result of defendants fraudulent acts and other excessive unfounded charges, the interest rate attached to the plaintiff's purported account with defendants is automatically increased, without proper disclosure, beyond any prior agreed upon amounts for the interest rate. Moreover, defendants fraudulent practices results in undisclosed or hidden interest rates or finance charges which cannot be determined in connection with any consumer credit transaction as required by governing law.

**143.** WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT11 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP, Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A. J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L, JAY ANGELLE, QUALITY LOAN SERVICE CORP, McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliszak & EEC CORP,

have willfully given perpetrated the acts complained of herein, and have provided fraudulent, false, or inaccurate information to the plaintiff(s), or fails to provide information which is required under law under the provisions of 15 U.S.C. §1601, et seq  and is *thus criminally liable for its willful and fraudulent acts* against the plaintiff's financial estate with regards to the disputed account(s) complained of in this lawsuit. Defendants are thus liable to criminal prosecution under Section §112.  (Criminal liability for willful and knowing violation)  and are liable to the plaintiff in this lawsuit due to these criminal acts committed against the financial estate of the plaintiff.

### *COUNT 6:*

### **Complaint for Securities Fraud**

( 15 U.S.C. §77a, et seq)
**_Securities Exchange Act of 1934_**

**144.** Plaintiffs reallege, as if fully set forth herein, each allegation above, including the allegations and fraud claims contained in Exhibits 1 through Exhibit 12.

**145.** Defendants use of deceptive devices, as previously described herein, and its fraudulent conduct and deceitful business practices constitutes securities fraud, and violations of the Securities Act of 1933, and the Securities Exchange Act of 1934, as amended.

**146.** Defendants, and each of them, have traded mortgages and other instruments on the public stock market directly or indirectly influenced interstate commerce, and have influenced many so called "short sales" for the sole purose of stealing these assets which belong to the plaintiffs, and class members, but not the defendants.

Specifically, defendants unlawful and deceitful acts constitute violations of Section 10 - "**_Manipulative and Deceptive Devices_**" whereby "It shall be unlawful for any person directly or indirectly, by the use of any means or instrumentality of intersate commerce or of the mails, or any facility of any national securities exchange - To effect a short sale, or to use or employ any stop-loss order in connectoin with the purchase of sale, or any security registered, on a national securities exchange, in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors."

## *COUNT 7:*

## Viiolations of Home Owners Equity Protection Act

### (12 USC §4901 et seq)

WELLSFARGO BANK NA,Wellsfargo Bank, NA As Trustee for ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATE, SERIES, 2006-OPT1, County of Los Angeles Sheriff Department, Harris County Sheriff Office, Harris County Attorney Office, WRIGHT, FINLAY, & ZAK, LLP,  Kathyrn Moorer, Nicole Glowin,EMC MORTGAGE CORPORATION, Brian Anthony Quintero, MACKY, WOLF, ZIENTH & MANN, PC, Michael Wayne Zienth,Jack O' Boyle & Associates,Bank of America, N.A, J.P. Morgan Chase Bank, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, MIDSOUTH NATIONAL BANK, NA,GB Inland Properties 2 LLC, Griffin Residential, Liebert & Associates, Christine Lucie, L. JAY ANGELLE, QUALITY LOAN SERVICE CORP. McCarthy & Holtus, LLP, TD SERVICES COMPANY, NBS Default Services, LLC, POWER DEFAULT SERVICES, TD SERVICES COMPANY, Ocwen Loan Servicing, LLC, ALTSOURCE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, Ticor Title Company of California, Kevin Maliczak & EEC CORP.

147. The previous paragraphs and Exhibits 1 through 12 are incorporate herein by reference.

148. Defendants intentional acts of fraud, failure of disclosure and other fraudulent acts have violated the Home Owners Equity Protection Act of 1994, 1998, (HOEPA) and the Home Owners Protection Act of 1998. (12 USC 4901)

149. Defendants have continued to issued out mortgage loans based on the borrowers' promises about their income or in anticipation of the house's rises in value in violation of law and in violation of the Federal Reserve adopted new Truth in Lending rules in 2008.

150. These rules were specifically meant to foster more responsible mortgage lending and protect consumers from predatory mortgages, but defendants have continued a course of dishing out loans to consumers without complying with the regulations setforth in the Home Owners Protection Act of 1998, and have the Home Owner's Protection Act of 1999.

151. Specifically, defendants have violated the acts by virtue of all of the following:

(a) failure to do Strict Screening of the Borrowers' Ability to Repay; and,

(b) Failure to Verify and Demand for Solid Documentation of Income and Assets of applicants,

(c) Failure to place Partial Ban on Prepayment Penalties, and,

(d) Failure to Establish Escrow Accounts for Principal and Interest as required by law.

(e) Failure to provide the financial disclosures as required by law.

152. Further, defendants have violated the Home Owners Protection Act of 1999 by failing to,

(f) Failure to Cancel PMI or Private Mortgage Insurance on single-family, primary residences, which occurred after 1999, and,

(g) failure to provide notices of cancellation to consumers relative to the cancellation of Private Mortgage Insurance.