JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOFTON RYAN BURRIS, | Case No. CV 14-3247-FMO (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 30, 2015

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1